| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Sargis, Ronald H. | 2. Court or Organization Bankruptcy Court, Eastern District of California | 3. Date of Report 05/7/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Bankruptcy Judge - Full Time | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

United States Bankruptcy Court, Eastern District of California
501 I Street, Suite 3-200
Sacramento, CA 95814

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee -- Trust #1 | Trust #1, Family Member 1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 01-05/2015 | University of Pacific, McGeorge School of Law - Teaching Bkcy Course | $2,400.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | State of California, California Department of Public Health --- Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | California Association of Collectors | 10/13-14/2016 | Montery, CA | Speaking at Annual Convention | One night stay, dinner, and mileage |
| 2. | National Conference of Bankruptcy Judges | 04/21-23/2016 | Washington, DC | NCBJ Legislaive Committee Meeting | Two nights stay, air fare (coach), per diem, cab, airport parking |
| 3. | National Conference of Bankruptcy Judges | 09/26-29/2016 | Miami, Fla | NCBJ Legislative Committee and Annual Meetings | Three nights stay, air fare (coach), two meals while traveling, cab, airport parking |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 05/7/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 05/7/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property, Sacramento, California | D | Rent | N | W | | | | | |
| 2. Bank of America Demand Accounts | F | Interest | K | T | | | | | |
| 3. Golden 1 Credit Union Demand Account | A | Interest | J | T | | | | | |
| 4. Bank of the West Demand Account | C | Interest | J | T | | | | | |
| 5. Bank of America Accounts, Dependant | | | | | | | | | See VIII Note |
| 6. Bank of America Accounts, Dependant | | | | | | | | | See VIII Note |
| 7. State Farm Whole Life Insurance | B | Int./Div. | J | T | | | | | |
| 8. MINERAL RIGHTS, Livingston, CA | | None | J | W | | | | | |
| 9. XXXXXXXXXXXX | | | | | | | | | |
| 10. Brokerage Account #1 | | | | | | | | | |
| 11. MERRIL LYNCH DIRECT DEPOSIT (CASH ACCOUNT) | A | Int./Div. | J | T | | | | | |
| 12. ADT CORP | A | Distribution | J | T | | | | | |
| 13. PENTAIR LTD | A | Distribution | J | T | | | | | |
| 14. TYCO INTERNAT TYC | A | Dividend | J | T | | | | | |
| 15. COVIDIEN PLC COV | A | Dividend | J | T | | | | | |
| 16. TECONNECTIVITY LTD | A | Dividend | J | T | | | | | |
| 17. CESCA THERAPEUTICS, INC (fka Thermogenesis KOOL | | None | J | T | | | | | See Part VIII Note |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 05/7/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NOKIA NOK | A | Dividend | J | T | | | | | |
| 19. SIRIUS XM SIRI | A | Dividend | J | T | | | | | |
| 20. MEDTRONIC PLC SHS | A | Dividend | J | T | Spinoff (from line 15) | 01/27/15 | J | | |
| 21. ORACLE CORP ORCL | B | Dividend | M | T | | | | | See Part VIII Note |
| 22. XXXXXXXXXXXXXXX | | | | | | | | | |
| 23. Brokerage Account #2 | | | | | | | | | See VIII Note, Acct Closed |
| 24. CASH ACCOUNT, GOLDMAN SACHS BANK USA (X) | | | | | | | | | |
| 25. DISCOVER BANK | | | | | | | | | |
| 26. ORACLE ORCL | | | | | | | | | See VIII Note Transferred |
| 27. XXXXXXXXXXXXX | | | | | | | | | |
| 28. Brokerage Account # 2-1 | | | | | | | | | |
| 29. Federated Cap Reserves | A | Int./Div. | J | T | | | | | |
| 30. DREYFUS TECH GROWTH DTGBX | B | Distribution | K | T | | | | | |
| 31. XXXXXXXXXXXXX | | | | | | | | | |
| 32. Brokerage Account #3 | | | | | | | | | |
| 33. HARTFORD CAP APPRC FD HCACX | A | Dividend | J | T | | | | | |
| 34. | A | Distribution | J | T | Buy (add'l) | 12/15/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 05/7/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. XXXXXXXXXXXXXX | | | | | | | | | |
| 36. Brokerage Account #4 Dependent | | | | | | | | | See Part VII Note |
| 37. XXXXXXXXXXXXX | | | | | | | | | |
| 38. BROKERAGE ACCOUNT #5 Dependants | | | | | | | | | See Part VII Note |
| 39. XXXXXXXXXXXXXX | | | | | | | | | |
| 40. BROKERAGE ACCOUNT #8 IRA Rollover | | | | | | | | | |
| 41. GENERAL MARKET CASH FUND, RW BAIRD | A | Dividend | K | T | | | | | |
| 42. DEUTSCHE X-TRACKERS MSCI EAF HEDGED EQUITY ETF | A | Dividend | J | T | Sold (part) | 08/20/15 | J | A | |
| 43. | A | Distribution | | | | | | | |
| 44. FIRST TRUST NYSE ARCA BIOTECHNOLOGY INDEX ETF FBT | A | Dividend | J | T | | | | | |
| 45. GLOBAL X FTSE NORDIC REGION ETF GXF | A | Dividend | J | T | | | | | |
| 46. ISHARES MSCI SWITZERLAND INDEX EFT EWL | A | Dividend | J | T | | | | | |
| 47. ISHARES MSCI JAPAN ETF EWJ | A | Dividend | K | T | Buy (add'l) | 02/20/15 | J | | |
| 48. | | | | | Buy (add'l) | 03/18/15 | J | | |
| 49. | | | | | Buy (add'l) | 06/24/15 | J | | |
| 50. | | | | | Buy (add'l) | 08/25/15 | J | | |
| 51. ISHARES CORE S&P 500 ETF IVV | A | Dividend | J | T | Sold (part) | 02/06/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 05/7/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 04/02/15 | J | A | |
| 53. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 54. | | | | | Buy (add'l) | 08/25/15 | J | | |
| 55. | | | | | Sold (part) | 10/27/15 | J | A | |
| 56. ISHARES MSCI EAFE INDEX ETF EFA | A | Dividend | J | T | | | | | |
| 57. ISHARES MSCI EAFE GROWTH ETF EFG | | | K | T | Buy | 12/01/15 | K | | See Part VIII Note |
| 58. ISHARES US HOME CONSTRUCTION ETF ITB | A | Dividend | J | T | Buy (add'l) | 07/29/15 | J | | |
| 59. ISHARES US CONSUMER GOODS ETF IYK | A | Dividend | K | T | Buy | 07/29/15 | J | | |
| 60. | | | | | Buy (add'l) | 10/27/15 | J | | |
| 61. ISHARES CURRENCY HEDGED MSCI GERMAN ETF HEWG | A | Dividend | J | T | Buy | 01/13/15 | J | | |
| 62. | | | | | Buy (add'l) | 04/01/15 | J | | |
| 63. | | | | | Buy (add'l) | 04/24/15 | J | | |
| 64. | | | | | Sold (part) | 11/10/15 | J | A | |
| 65. | | | | | Sold (part) | 12/01/15 | J | A | |
| 66. ISHARES MSCI UNITED KINGDOM INDEX ETF EWU | A | Dividend | J | T | | | | | |
| 67. MARKET VESTORS OIL SERVICES ETF OIH | A | Dividend | J | T | Buy | 01/06/15 | J | | |
| 68. | | | | | Buy (add'l) | 09/22/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,001 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 05/7/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. POWERSHARES AEROSPACE & EDFENSE ETF PPA | A | Dividend | J | T | Buy | 01/06/15 | J | | |
| 70. POWERSHARES KBW BANK ETF KBWB | A | Dividend | J | T | Buy | 06/02/15 | J | | |
| 71. | | | | | Buy (add'l) | 07/29/15 | J | | |
| 72. POWERSHARES S&P 500 EX RATE SENSITIVE LOW VLTY ETF XRLV | A | Dividend | J | T | Buy | 02/10/15 | J | | |
| 73. | | | | | Buy (add'l) | 04/16/15 | J | | |
| 74. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 75. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 76. POWERSHARES EUROPE CURRENCY HEDGED LOW VOLATILITY ETF FXEU | A | Dividend | J | T | Buy | 07/28/15 | J | | |
| 77. SECTOR FINANCIAL SELECT SECORT SPDR ETF XLF | A | Dividend | J | T | | | | | |
| 78. SPDR SERIES TRUST SPDR MORGAN STANLEY TECHNOLOGY ETF MTK | A | Dividend | J | T | Buy | 01/06/15 | J | | |
| 79. | | | | | Buy (add'l) | 01/15/15 | J | | |
| 80. | | | | | Buy (add'l) | 06/02/15 | J | | |
| 81. | | | | | Buy (add'l) | 07/29/15 | J | | |
| 82. | C | Distribution | | | | | | | See Part VIII Note |
| 83. VANGUARD FTSE EUROPE ETF VGK | A | Dividend | J | T | Buy | 08/13/15 | J | | |
| 84. VANGUARD FTSE DEVELOPED MKETS ETF VEA | A | Dividend | J | T | | | | | |
| 85. VANGUARD LARGE CAP ETF VV | A | Dividend | L | T | Sold (part) | 03/06/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 05/7/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 03/18/15 | J | A | |
| 87. | | | | | Sold (part) | 04/01/15 | J | A | |
| 88. | | | | | Sold (part) | 06/02/15 | J | B | |
| 89. | | | | | Sold (part) | 07/29/15 | J | D | |
| 90. | | | | | Sold (part) | 09/22/15 | J | B | |
| 91. WISDOMTREE TRUST EUROPE HEDGED EQUITY FUND ETF HEDJ | A | Dividend | K | T | Buy (add'l) | 08/27/15 | J | | |
| 92. | B | Distribution | | | Sold (part) | 11/10/15 | J | A | |
| 93. | | | | | Sold (part) | 12/01/15 | J | A | |
| 94. WISDOMTREE JAPAN HEDGED EQUITY ETF DXJ | A | Dividend | J | T | Sold (part) | 06/24/15 | J | A | |
| 95. | A | Distribution | | | Sold (part) | 11/10/15 | J | A | |
| 96. | | | | | Sold (part) | 12/01/15 | J | A | |
| 97. WISDOOMTREE LARGE CAP DIVIDEND ETF DLN | A | Dividend | J | T | Sold (part) | 01/06/15 | J | A | |
| 98. WISDOMTREE JAPAN SMALL CAP DIVIDEND ETF DFJ | A | Dividend | J | T | | | | | |
| 99. ALPS RIVERFRONT STRATEGIC INCOE FUND RIGS | A | Dividend | J | T | Buy (add'l) | 02/20/15 | J | | |
| 100. | A | Distribution | | | Buy (add'l) | 03/18/15 | J | | |
| 101. | | | | | Sold (part) | 06/24/15 | J | A | |
| 102. | | | | | Sold (part) | 08/27/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 05/7/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. PIMCO ENHANCED SHORT MATURITY ACTIVE ETF MINT | | | K | T | Buy | 12/29/15 | K | | See Part VIII Note |
| 104. ------------------------- | | | | | | | | | |
| 105. All Interests Fully Divested in Yr for Brokerage Account #8 | | | | | | | | | |
| 106. GLOBAL X MLP & ENERGY INFRASTRUCTURE MLPX ETF | A | Dividend | | | Sold (part) | 07/01/15 | J | A | |
| 107. | | | | | Sold | 07/01/15 | J | A | |
| 108. FLEXSHARES TRUST QLTY DIV INDEX FUND QDF | A | Dividend | | | Sold | 03/18/15 | J | A | ` |
| 109. ISHARES MSCI SPAIN ETF EWP | | | | | Sold | 01/13/15 | J | A | See Part VIII Note |
| 110. ISHARES MSCI AUSTRALIA ETG EWA | A | Dividend | | | Sold | 08/20/15 | J | A | |
| 111. ISHARES ASIA 50 ETF AIA | A | Dividend | | | Sold | 09/22/15 | J | A | |
| 112. ISHARES MICROCAP ETF IWC | | | | | Sold (part) | 01/06/15 | J | A | See Part VIII Note |
| 113. | | | | | Sold | 01/15/15 | J | A | |
| 114. ISHARES US ENERGY ETF | A | Dividend | | | Buy | 02/06/15 | J | | |
| 115. | | | | | Sold | 09/22/15 | J | A | |
| 116. ISHARES MSCI ALL COUNTRY ASIA EX JAPAN ETF AAXJ | A | Dividend | | | Sold (part) | 08/13/15 | J | A | |
| 117. | | | | | Sold | 08/20/15 | J | A | |
| 118. ISHARES CURRENCY HEDGED MSCI ITALY ETF | | | | | Buy | 08/27/15 | J | | See Part VIII Note |
| 119. | | | | | Sold | 12/01/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 05/7/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. POWERSHARES S&P 500 HIGH DIVIDEND PORT ETF SPHD | A | Dividend | | | Buy | 02/10/15 | J | | |
| 121. | | | | | Sold | 06/24/15 | J | A | |
| 122. SCHWAB US REIT ETF SCHH | | | | | Sold | 02/10/15 | J | A | See Part VIII Note |
| 123. SECTOR ENERGY SELECT SECTOR SPDR ETF XLE | | | | | Sold | 01/07/15 | J | A | See Part VIII Note |
| 124. CREDIT SUISSE NASSAU BRH EQUAL WEIGHT MLP ETN LKD CUSHING 30 MLP MLPN | | | | | Sold | 01/07/15 | J | A | See Part VIII Note |
| 125. BARCLAYS BANK PLC ETN+ SELECT MLP ETNS ATMP | A | Int./Div. | | | Buy (add'l) | 01/06/15 | J | | |
| 126. | | | | | Buy (add'l) | 02/20/15 | J | | |
| 127. | | | | | Sold (part) | 07/01/15 | J | A | |
| 128. | | | | | Sold | 07/28/15 | J | A | |
| 129. SECTOR CONSUMER DISCRETIONARY SELECT SECTOR SPDR ETF XLY | A | Dividend | | | Buy (add'l) | 01/15/15 | J | | |
| 130. | | | | | Sold (part) | 04/01/15 | J | A | |
| 131. | | | | | Sold | 10/27/15 | J | A | |
| 132. XXXXXXXXXXXXXX | | | | | | | | | |
| 133. Brokerage Account #9 IRA Rollover | | | | | | | | | See Part VIII Note |
| 134. CASH/MONEY MARKET -- RW Baird General MMKT Class A | A | Int./Div. | J | T | | | | | |
| 135. CAPITAL WORLD GWTH & INCOME FD CWGFX | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. | A | Distribution | | | | | | | |
| 137.  DAVIS NEW YORK VENTURE DNVYX | A | Dividend | L | T | Sold (part) | 06/26/15 | K | B | |
| 138. | D | Distribution | | | | | | | |
| 139.  GATEWAY GATEX | B | Dividend | K | T | | | | | |
| 140.  GROWTH FUND AMER GFAFX | A | Dividend | L | T | Sold (part) | 04/21/15 | J | A | |
| 141. | D | Distribution | | | Sold (part) | 06/26/15 | K | D | |
| 142.  HARRIS ASSOC INVT OAKMARK INTL FD OAKIX | A | Dividend | K | T | | | | | |
| 143. | A | Distribution | | | | | | | |
| 144.  ISHARES RUSSELL MID CAP ETF IWR | A | Dividend | K | T | Buy | 06/26/15 | K | | |
| 145.  IVY FDS INC ASSET STRATEGY FD WASYX | A | Dividend | K | T | Sold (part) | 04/21/15 | J | A | |
| 146. | C | Distribution | | | Sold (part) | 06/26/15 | J | A | |
| 147.  PRINCIPAL MID CAP PMCPX | A | Dividend | K | T | Buy | 06/26/15 | K | | |
| 148. | B | Distribution | | | | | | | |
| 149.  STRATTON SMALL CAP VALUE STSCX | A | Dividend | K | T | | | | | |
| 150. | B | Distribution | | | | | | | |
| 151. | | | | | | | | | |
| 152. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 05/7/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. | | | | | | | | | |
| 154. CALAMOS CONVERTIBLE FUND CICVX | B | Dividend | K | T | | | | | |
| 155. | A | Distribution | | | | | | | |
| 156. ADVISORY RESEARCH MLP & ENERGY INCOE INFIX | A | Dividend | J | T | | | | | |
| 157. NATIXIS ASG GLOBAL ALTERNATIVES GAFYX | | | K | T | Buy | 06/26/15 | K | | See Part VIII Note |
| 158. PRINCIPAL GLOBAL DIVERSIFIED INCM PGDPX | A | Dividend | K | T | | | | | |
| 159. BLACKROCK STRATEGIC INCOME OPPTYS INSTL BSIIX | A | Dividend | K | T | Buy | 06/26/15 | K | | |
| 160. EATON VANCE GLOBAL MACRO ABSOLUTE RETURN CL 1 EIGMX | B | Dividend | K | T | Buy | 06/26/15 | K | | |
| 161. LOOMIS SAYLES BOND INSTL LSBDX | B | Dividend | K | T | Buy (add'l) | 06/26/15 | K | | |
| 162. | B | Distribution | | | | | | | |
| 163. TEMPLETON GLOBAL BOND ADVISOR TGBAX | A | Dividend | K | T | Buy (add'l) | 06/26/15 | K | | |
| 164. ------------------ | | | | | | | | | |
| 165. All Interets Fully Divested in Yr for Brokerage Acct #9 | | | | | | | | | |
| 166. GUGGENHEIM MID CAP VALUE A -- SEVAX | | | | | Sold (part) | 04/21/15 | J | A | See Part VIII Note |
| 167. | | | | | Sold | 06/26/15 | K | C | |
| 168. KEELEY FUNDS SMALL CAP VALUE KSCIX | | | | | Sold | 06/26/15 | K | D | See Part VIII Note |
| 169. PERMANENT PORTFOLIO FD PRPFX | | | | | Sold (part) | 01/27/15 | J | A | See Part VIII Note |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 05/7/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. | | | | | Sold (part) | 04/21/15 | J | A | |
| 171. | | | | | Sold | 06/26/15 | L | A | |
| 172. VANGUARD INTER TERM BOND FUND VBIIX | A | Dividend | | | | | | | |
| 173. | A | Distribution | | | Sold | 06/26/15 | K | A | |
| 174. XXXXXXXXXXXXX | | | | | | | | | |
| 175. Trust #1 | | | | | | | | | |
| 176. CALIFORNIA BANK & TRUST -- DEPOSIT ACCOUNTS | A | Interest | K | T | | | | | |
| 177. BANK OF AMERICA, N.A. DEPOSIT ACCOUNT | A | Interest | K | T | | | | | |
| 178. US GOVERNMENT BONDS | C | Interest | M | T | | | | | |
| 179. | | | | | | | | | |
| 180. | | | | | | | | | |
| 181. | | | | | | | | | |
| 182. | | | | | | | | | |
| 183. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 05/7/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Assets:

Line 5: Child no longer a dependent in 2015.
Line 6: Child no longer a dependent in 2015

Line 17: Thermogenesis (KOOL) name change to Cesca Therapeutics, Inc.

Line 21: Oracle stock transferred from Brokerage Account 2, which was closed.

Line 25: Brokerage Accout 2 closed September 2015, with all assets transferred to Brokerage Account #1.

Line 36: Child no longer a dependent in 2015

Line 38: Child no longer a dependent in 2015

Line 56: There was no income for Ishares MSCI EAFE Growth in 2015.

Line 82: Distribution was issuance of stock in company to shareholders

Line 103: There was no income for PIMCO Enhanced Short Maturity Active ETF in 2015.

Line 108: There was no income for Flexshares Trust Qlty Div Index in 2015.

Line 111: There was no income for Ishares Asia 50 ETF IWC in 2015.

Line 118: There was no income for Ishares Currency Hedged MSCI Italy in 2015.

Line 122: There was no income for Schwab US REIT ETF in 2015.

Line 123: There was no income for Sector Energy Select Sector Spdr ETF in 2015.

Line 124: There was no income for Credit Suisse Nassau BRH Equal Weight in 2015.

Line 132: All dividents and distributions were immediately reinvested by purchasing shares in the fund which issued the dividend or distribution.

Line 157: There was no income for Natixis ASG Global Alternatives in 2015.

Line 166: There was no income for Guggenheim Mid Cap Value in 2015.

Line 168: There was no income for Kelley Small Cap Value in 2015.

Line 169: There was no income for Permanent Portfolio FD in 2015

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Ronald H. Sargis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544